by the judges of the Court of Criminal Appeals and approved by the court.

■

Earnest McCRACKEN v. STATE. (No. 12209.) Court of Criminal Appeals of Texas. Oct. 17, 1928.

C. C. McKinney, of Cooper, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary; the punishment, confinement in the penitentiary for two years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

Lee MULLENEAUX v. STATE. (No. 12090.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, robbery by assault; penalty, five years in the penitentiary. Upon proper motion asking for same, supported by affidavit, this appeal is dismissed. Appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

Lee MULLENEAUX v. STATE. (No. 12091.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

Gordon Lawson, of Houston, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is robbery by assault; the punishment, confinement in the penitentiary for six years. Upon the written request of appellant, duly verified by his affidavit, the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

Fred REED v. STATE. (No. 12136.) Court of Criminal Appeals of Texas. Oct. 10, 1928.

Lon A. Brooks, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, aggravated assault; penalty, 30 days' confinement in the county jail and a fine of $25. The record is before us without any statement of facts or bills of exception and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

■

Abe RICHARDSON v. STATE. (No. 11937.) Court of Criminal Appeals of Texas. June 6, 1928. Rehearing Denied Oct. 17, 1928.

W. C. Shoults, of Longview, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is the possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for one year. A judgment was entered upon a plea of guilty. The evidence heard is not brought up for review. No complaints of the rulings of the court are presented for review. The judgment is affirmed.

■

Abe RICHARDSON v. STATE. (No. 11942.) Court of Criminal Appeals of Texas. June 6, 1928. Rehearing Denied Oct. 17, 1928.

W. C. Shoults, of Longview, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary. The record is here without any statement of facts or bills of exception. The indictment follows the law. The charge of the court, judgment, and sentence are regular. No error appearing, the judgment will be affirmed.